U.S. DISTRICT COURT, SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID E. WADE                              :
c/o Florey Todd, LTD.                      :
5 E. Long Street, Suite 600                :
Columbus, OH 43215                         :
    Plaintiff,         :
  vs.                            :  Case No.: _____
                                           :
FRANKLIN COUNTY, OHIO                      :
 c/o Franklin County Prosecutor        :
 373 S High St, Suite 14               :
 Columbus, OH 43215                    :  Judge: _____
                                           :
and                                        :
                                           :  **COMPLAINT**
FRANKLIN COUNTY SHERIFF'S OFFICE           :
 c/o Franklin County Prosecutor        :
 373 S High St, Suite 14               :  JURY DEMAND ENDORSED HEREON
 Columbus, OH 43215                    :
                                           :
and                                        :
                                           :
NICHOLAS BATES,                            :
In His Individual And Official Capacities as :
Employee of Franklin County Sheriff        :
 c/o Franklin County Prosecutor        :
 373 S High St, Suite 14               :
 Columbus, OH 43215                    :
                                           :
and                                        :
                                           :
LESS LETHAL, LLC                           :
 c/o Richard E. Juler, Statutory Agent :
 5463 Palisades Drive                  :
 Cincinnati, Ohio 45238                :
                                           :
and                                        :
                                           :
NOVA SECURITY GROUP, INC.                  :
 c/o Northwest Registered Agent Svc Inc :
 212 W. Troy Street, Ste B             :
 Dothan, AL 36303                      :
                                           :
   Defendants.               :

## COMPLAINT

Now comes Plaintiff, David Wade, and for his Complaint against Defendants, Franklin County, Ohio, Franklin County Sheriff, Dallas Baldwin, Nicholas Bates, Less Lethal, LLC and Nova Security Group, Inc., hereby states as follows:

### PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff, David E. Wade ("Mr. Wade"), is an individual, residing in Ross County, Ohio.

2.      Defendant, Franklin County, Ohio ("Franklin County"), is a political subdivision created and authorized under the laws of the State of Ohio.

3.      Defendant, Franklin County Sheriff's Office ("Franklin County Sherriff"), is the chief law enforcement office and agency of Franklin County.

4.      At all relevant times hereto, Franklin County established the regulations, customs, policies, and practices followed by Franklin County Sheriff and was responsibility for the organization, maintenance, operation, staffing, and supervision of the Franklin County Sheriff's department.

5.      Upon information and belief, Defendant, Nicholas Bates ("Deputy Bates"), is an individual residing in Franklin County, Ohio, and at all relevant times, was an employee and duly sworn deputy or officer of the Franklin County Sheriff.

6.      Upon information and belief, Defendant, Less Lethal, LLC ("Less Lethal"), is an Ohio limited liability company with its principal place of business in Hamilton County, Ohio, and conducts business throughout the State of Ohio, including Franklin County, Ohio.

7.      Upon information and belief, Defendant, Nova Security Group, Inc. ("Nova"), is

2

an Alabama corporation with its principal place of business in Dothan, Alabama, but which conducts business in the State of Ohio, and specifically places products in the stream of interstate commerce, that are sold and used in the State of Ohio.

8.     This Court has jurisdiction over Plaintiff's claims because issues of federal law pervade and Plaintiff seeks monetary damages against Defendants for violation of rights guaranteed by the United States Constitution and federal law.

<u>FACTUAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION</u>

**SUMMARY OF INCIDENT**

9.     On or about October 22, 2019, Mr. Wade was in the custody of the Franklin County Sheriff's Office while criminal charges against him were pending in a case before the Franklin County Common Pleas Court (the "Court"), styled *State of Ohio v. David Wade*, and assigned Case No. 19 CR 001984.

10.     Mr. Wade invoked his constitutionally-protected right to represent himself and serve as his own lawyer during a trial (the "Trial") that began on October 22, 2019.

11.     As a condition to self-representation, the Court ordered Mr. Wade to wear a Nova R.A.C.C. stun belt (the "Stun Belt") during the Trial.

12.     The Stun Belt was designed to be activated by a remote-control device.

13.     During a recess of the Trial, Deputy Bates took the remote control out of the courtroom, into a restroom and dropped the control into a toilet, after which the Stun Belt locked to Mr. Wade and shot 50,000 volts of electricity through his body for three, uninterrupted minutes (the "Violation").

14.     The Stun Belt is an inherently dangerous instrumentality and Mr. Wade prays in this Complaint that the Court permanently enjoin the Franklin County Sheriff from using it and other products like it and to permanently enjoin Less Lethal and Nova from selling and/or

distributing the Stun Belt and other products like it.

### PURPOSE AND USE OF THE NOVA R.A.C.C. STUN BELT

15. Although innocent until proven guilty, and although customarily only used when a defendant or incarcerated individual presents a danger to the court, or during transport of individuals who pose a flight risk, Mr. Wade was ordered to wear the Stun Belt as a means to control him during the Trial.

16. Mr. Wade had no history of, and was not a flight risk.

17. Mr. Wade had not history of poor behavior during court proceedings.

18. Mr. Wade did not present a danger to the Court.

19. There was no finding or order of the Court that Mr. Wade, in representing himself at the Trial, presented a flight risk or was a danger to the Court.

### NO WARNINGS OR WAIVER

20. The Franklin County Sheriff did not give Mr. Wade any written instructions or warnings regarding the Stun Belt.

21. The Franklin County Sheriff did not give Mr. Wade any oral instructions or warnings regarding the Stun Belt.

22. The Franklin County Sheriff did not give Mr. Wade any information or warning regarding the Stun Belt, including, but not limited to information and warnings related to use of the Stun Belt, its properties, and/or potential risks.

23. The Franklin County Sheriff was not in possession of, and did not request, any information regarding Mr. Wade's health to safeguard against risks specific to Mr. Wade in the use and application of the Stun Belt.

24. The Franklin County Sheriff typically requires any individual compelled to wear

a stun belt provide a written waiver executing Franklin County and the Franklin County Sheriff's Office from any liability for harm caused by a stun belt.

25.     The Franklin County Sheriff's personnel and/or deputies did not present a waiver form to Mr. Wade.

26.     The Franklin County Sheriff's personnel and/or deputies did not request that Mr. Wade sign a waiver.

27.     Mr. Wade never signed a waiver form related to the Stun Belt that he was forced to wear.

28.     Prior to being shocked, the only information Mr. Wade had regarding the Stun Belt was that he had to wear the Stun Belt in order to represent himself during the Trial.

29.     Nevertheless, the Franklin County Sheriff strapped the Stun Belt directly to Mr. Wade's torso, secured the Stun Belt with a metal lock, and pocketed both the lock and remote control activator.

**DESCRIPTION OF INCIDENT AND CONDUCT OF FRANKLIN COUNTY**

30.     Upon information and belief, during the Trial, Deputy Bates was in charge of and controlled the Stun Belt remote.

31.     Upon information and belief, at the time of the Violation, Deputy Bates was in charge of and controlled the Stun Belt remote.

32.     During a recess of the Trial, Deputy Bates went to the restroom.

33.     When he went to the restroom, Deputy Bates did not pass custody of the Stun Belt remote to another deputy.

34.     Instead, Deputy Bates took the Stun Belt remote to the bathroom with him and amazingly, dropped the remote into a toilet.

35.     Instead of immediately removing the belt from Mr. Wade and securing him in some other fashion, Deputy Bates elected to leave the Stun Belt locked to Mr. Wade.

36.     Surveillance footage shows that Deputy Bates considered it was funny that he had dropped the Stun Belt remote into a toilet.

37.     Deputy Bates shared the joke with his fellow deputies, who he enlisted to help retrieve the remote from the toilet water.

38.     Thereafter, the deputies dangerously retrieved the remote control from the toilet water while leaving the Stun Belt locked to Mr. Wade.

39.     At the time of the Violation, Mr. Wade was quietly sitting in the courtroom, listening to recorded witness statements and preparing his defense for the Trial.

40.     In contrast, surveillance footage shows Deputy Bates making vulgar gestures imitating the act of masturbating after he dropped the Stun Belt remote into the toilet.

41.     In the process of removing the remote from the toilet and drying it off, the Stun Belt activated, sending at least 50,000 volts of electricity through Mr. Wade's body for a period of three, uninterrupted minutes.

42.     The Franklin County Sheriff realized the situation was not a joke only after Mr. Wade was hit with 50,000 volts, causing grave injuries to Mr. Wade.

43.     The Franklin County Sheriff's personnel and/or appointed deputies could not deactivate the Stun Belt.

44.     The Stun Belt could not be removed from Mr. Wade's torso because the Franklin County Sheriff's personnel and/or appointed deputies lost the key to the Stun Belt lock.

45.     Deputies ultimately removed the Stun Belt from Mr. Wade, which was still active and sending 50,000 volts through his body, by cutting it off with a knife.

46. During the Violation, Mr. Wade ended up on the floor of the courtroom writhing in pain and screaming, "What did I do? What did I do?"

47. Attached as <u>Exhibit A</u> is a true and accurate copy of an incident report (the "Incident Report") of the Violation, prepared by and kept in the ordinary course of business by the Franklin County Sheriff.

**EVENTS AFTER THE VIOLATION**

48. Immediately after the incident, Mr. Wade complained of physical injury.

49. Pictures in the attached Incident Report show marks on Mr. Wade's body resulting from the Violation, and serve as evidence of his injury.

50. The shocking incident was so severe that the Court declared a mistrial of Mr. Wade's criminal proceedings.

51. The Franklin County Sheriff issued a written reprimand to Deputy Bates, finding his conduct worthy of discipline. A true and accurate copy of the written reprimand is attached as <u>Exhibit B</u> hereto.

**ACTIONS OF LESS LETHAL AND NOVA**

52. Less Lethal and Nova are affiliated entities, sharing common ownership and control.

53. Together, Less Lethal and Nova design, manufacturer, distribute, sell and/or otherwise place into the stream of commerce the Nova R.A.C.C. stun belts.

54. Upon information and belief, Less Lethal and Nova, together, provide training to law enforcement for use of the Nova R.A.C.C. stun belts

55. Upon information and belief, Less Lethal holds itself out as the exclusive supplier of the Nova R.A.C.C. stun belt and related products.

56.     Upon information and belief, Franklin County purchased the Stun Belt, and other Nova R.A.C.C. stun belts, from Nova and/or Less Lethal.

57.     Upon information and belief Nova and/or Less Lethal provided training and/or training materials to the Franklin County Sheriff's personnel and deputies.

58.     Upon information and belief, Nova R.A.C.C. stun belts are programmed to apply a pulsing shock of approximately 10 millionths of a second.

59.     Water is a commonly encountered substance.

60.     Nova R.A.C.C. stun belts are advertised for use both indoors and outdoors, without limitation.

61.     Yet if the Nova R.A.C.C. stun belt remote control comes into contact with water, the stun belt may malfunction such that the "shock" of 50,000-75,000 volts will continue uninterrupted for an indefinite period of time.

62.     After the remote control kept by Deputy Bates came into contact with water, the Stun Belt malfunctioned such that a "shock" of at least 50,000 volts was applied to Mr. Wade for three, uninterrupted minutes.

**INJURIES AND OTHER HARM TO WADE**

63.     Mr. Wade sustained serious and permanent personal injuries as a result of the Violation.

64.     Mr. Wade sought medical treatment immediately after the Violation and continues to receive medical treatment while incarcerated.

65.     Mr. Wade also suffers from post-traumatic stress disorder as a result of the Violation and battles ongoing, related anxiety and depression.

66.     Mr. Wade's injuries include physical harm, mental anguish, and emotional

distress.

67.     The personal injuries Mr. Wade sustained were a direct and proximate result of the Violation, are severe and permanent, and have disrupted Mr. Wade's life.

COUNT ONE: 42 U.S.C. § 1983
**VIOLATION OF RIGHTS SECURED BY FOURTEENTH AMENDMENT**
*(Defendants Franklin County, Franklin County Sheriff, and Deputy Bates)*

68.     Plaintiff incorporates the statements above, the same as if fully rewritten herein.

69.     Franklin County, acting under color of state law, deprived Mr. Wade of rights protected by the United States Constitution and/or federal law, causing harm to Mr. Wade.

70.     The Franklin County Sheriff, acting under color of state law, deprived Mr. Wade of rights protected by the United States Constitution and/or federal law, causing harm to Mr. Wade.

71.     Deputy Bates, acting under color of state law, deprive Mr. Wade of rights protected by the United States Constitution and/or federal law, causing harm to Mr. Wade.

72.     Without limitation, Franklin County, Franklin County Sheriff, and Deputy Bates unlawfully deprived Mr. Wade of his right(s) to (a) procedural due process, (b) substantive due process, (c) equal protection, (d) protection against unreasonable searches and seizures under the Fourth Amendment to the United States Constitution, (e) confront and cross examine witnesses and counsel under the Sixth Amendment to the United States Constitution, and (f) protection against cruel and unusual punishment under the Eighth Amendment to the United States Constitution.

73.     The actions and/or omissions of Defendants, Franklin County, Franklin County Sheriff, and Deputy Bates, as described above, are actionable under 42 U.S.C. § 1983.

74.     Said actions and/or omissions caused Plaintiff to suffer harm.

75.     The actions and/or omissions of Defendants Franklin County, Franklin County

Sheriff, and Deputy Bates, were made knowingly, intentionally, wantonly, and/or with reckless disregard for Plaintiff's safety and rights.

COUNT TWO: ASSAULT AND BATTERY<br>
<i>(Defendants Franklin County, Franklin County Sheriff, and Deputy Bates)</i>

76.     Plaintiff incorporates the statements above, the same as if fully rewritten herein.

77.     Defendants, Franklin County, Franklin County Sheriff, and Deputy Bates, in their individual and official capacities, assaulted Plaintiff and committed battery when their actions resulted in Plaintiff being shocked for three, uninterrupted minutes.

78.     Said Defendants intended to cause and did cause a harmful contact with Plaintiff's person.

79.     Said Defendants intended to cause and did cause Plaintiff to suffer apprehension of an immediate harmful contact.

80.     Plaintiff did not consent to said Defendants' conduct or acts.

81.     As a direct and proximate result of the conduct of Franklin County, Franklin County Sheriff, and Deputy Bates, Plaintiff suffered physical injuries, extreme mental anguish, and pain.

82.     As a direct and proximate result of the conduct of Franklin County, Franklin County Sheriff, and Deputy Bates, Plaintiff was required to obtain medical services and treatment and will, in the future, be compelled to incur additional obligations for medical treatment.

83.     The acts and/or conduct of Franklin County, Franklin County Sheriff, and Deputy Bates, were done knowingly, willfully, and/or recklessly and wantonly, with malicious intent, and Plaintiff is entitled to punitive damages in an amount to be determined by proof at trial.

84.     As a result of the aforementioned conduct of Franklin County, Franklin County Sheriff, and Deputy Bates, Plaintiff suffered harm in an amount to be determined by the Court

and proven at trial, in excess of $25,000.00.

## COUNT THREE: NEGLIGENCE
*(Deputy Bates)*

85.     Plaintiff incorporates the statements above, the same as if fully rewritten herein.

86.     Deputy Bates owed a duty to Mr. Wade to prevent physical injury and bodily harm.

87.     Deputy Bates breached that duty as described above.

88.     As a direct and proximate result of Deputy Bates's breach of the duty owed, Plaintiff sustained harm.

89.     Plaintiff suffered harm in an amount to be determined by the Court and proven at trial, in excess of $25,000.00.

## COUNT FOUR: NEGLIGENT DESIGN AND MANUFACTURE
*(Less Lethal and Nova)*

90.     Plaintiff incorporates the above statements as if fully rewritten herein.

91.     Defendants, Less Lethal and Nova, designed, manufactured, and/or assembled the Stun Belt, which contained a defective condition.

92.     This design, manufacture, and/or assembly defect made the Stun Belt unreasonably dangerous.

93.     The Stun Belt remained unchanged and was in the same condition at the time of the Violation, resulting in personal injury sustained by Mr. Wade.

94.     As a direct and proximate cause of the defectively designed, manufactured, and assembled Stun Belt, Plaintiff sustained permanent physical injury.

95.     Plaintiff suffered harm in an amount to be determined by the Court and proven at trial, in excess of $25,000.00.

11

## COUNT FIVE: PERMANENT INJUNCTION
*(Franklin County Sheriff, Less Lethal, Nova)*

96.     Plaintiff incorporates the above statements as if fully rewritten herein.

97.     Because the Stun Belt is an inherently dangerous product, Plaintiff is entitled to a permanent injunction, pursuant to state and federal law, to prevent Franklin County Sheriff from using it and products like it.

98.     Because the Stun Belt is an inherently dangerous product, Plaintiff is entitled to a permanent injunction, pursuant to state and federal law, to permanently enjoin Less Lethal and Nova from selling and/or distributing the Stun Belt and other products like it.

## REQUEST FOR PUNITIVE DAMAGES
*(As to All Defendants)*

99.     Plaintiff incorporates the above statements as if fully rewritten herein.

100.    As described above, Defendants' engaged in willful, wanton, and reckless misconduct and malice, exhibiting a reckless disregard for the health and safety of patients.

101.    The egregious and shocking conduct of Defendants, as described in this Complaint, could only result from widespread deficiencies and severely defective policies and practices, which Defendants failed to recognize, prevent, and/or remedy.

102.    Defendants' conduct warrants the imposition of punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, having fully stated the claims against Defendants, Plaintiff respectfully demands judgment as follows:

A.      Against Defendants, jointly and severally, in an amount to be determined by the Court, in excess of $25,000.00, plus interest, punitive damages for the intentional, egregious, and reckless misconduct of Defendants;

B.   Granting injunctive relief necessary to prevent the Franklin County Sheriff from using the inherently dangerous Stun Belt and other products like it;

C.   Granting injunctive relief necessary to permanently enjoin Less Lethal and Nova from selling and/or distributing the Stun Belt and other products like it;

D.   Award Plaintiff the costs of this action, including reasonable attorneys' fees; and

E.   And grant any other relief this Court deems just and equitable.

Respectfully submitted,

_/s/ Adam F. Florey_____
Adam F. Florey (0084826)

_/s/ Adam R. Todd_____
Adam R. Todd (0077284)

FLOREY TODD, LTD.
5 E. Long Street, Suite 600
Columbus, OH 43215
Phone:  614.427.1556
Fax:  614.427.1856
aflorey@law-flc.com
atodd@law-flc.com
*Attorneys for Plaintiff*

<u>JURY DEMAND</u>

Plaintiff hereby respectfully demands a trial by jury on all issues so triable.

Respectfully submitted,

_/s/ Adam F. Florey_____
Adam F. Florey (0084826)

_/s/ Adam R. Todd_____
Adam R. Todd (0077284)

13

**FRANKLIN COUNTY SHERIFF'S OFFICE**
**Routing Sheet for Correspondence**

19.462

To: Sheriff Dallas Baldwin          Report No: _____

Subject: Response to AD 17

Originator: Deputy Nick Bates #1199    Assignment: Common Pleas    Date: 10/23/2019

Corporal/Sergeant: SEE ATTACHED Report. AD 17 issue d to deputy Bates for CARE of office property inATTENTION to duty. Inmate was evaluated By medical + cleared to return to court! Sgt David Reeve 535°

No serious injuries to Prisoner - clearly non intentional - 4105-7

Lieutenant: Inmate Wade was wearing a stun belt. Dep. Bates accidentally dropped the remote into a Toilet. He retrieved the remote. While drying the remote, the stun belt activated and did not shut off as it normally would. Another deputy cut the stun belt so it could be taken off of inmate Wade. Inmate Wade was checked by medical and red marks on his back were the only noted injuries. Dep. Bates was issued an SHR-AD-17. ≠Re—— LH

Major: 10/24/19: Comments on SHR-AD-17. Due to Unitentional Shocking and the destruction of the Stun Belt, I recommend a WRITTEN REPRIMAND. MSC ATS

Chief Deputy: 10/25/19 To I.A To REVIEW the ACCIDENTAL STUN BELT ACTIVATION. WRITTEN REPRIMAND ISSUED THIS DATE. POTENTIAL LITIGATION.

Human Resources:

Finance:

Admin. Chief Deputy/Sheriff:

Follow Up Remarks: 10/31/19-File for information. -Howli 12/19

SHR-AD-34 3/13

Exhibit A

| Bureau # | Offense # | | | |
|---|---|---|---|---|
| ☒ **Incident Report**<br>☐ **Response to Aggression Report** | | **FRANKLIN COUNTY SHERIFF'S OFFICE**<br>Incident Report / Response to Aggression | I.A.B. # | CAD# |

### PROFILE INFORMATION

| **Deputy - Last Name, First Name**<br>Bates, Nicholas | | **Badge**<br>1199 | | **Assignment**<br>CPC | **Age**<br>34 | **Sex**<br>M | **Height**<br>5'11" | **Weight**<br>205 |
|---|---|---|---|---|---|---|---|---|
| **Subject 1 - Last Name, First Name**<br>Wade, David | | **Social Security Number** | | **D.O.B.**<br>10-22-79 | **Age**<br>40 | **Sex**<br>M | **Height**<br>6'01" | **Weight**<br>180 |
| **Alias(s)** | **Slate #**<br>0378605 | | | **Cell Assignment**<br>3WL6 | **Facility**<br>FCC1 | | | |
| **Address (House number & Street Name)**<br>2542 Hiawatha St | | | | **City**<br>Columbus | **State**<br>OH | **Zip Code**<br>43211 | **Phone Number** | |
| **Date**<br>10/22/2019 | **Time**<br>1301 | **Location**<br>345 S High St. Cols. OH 43215 Courtroom 6F | | **Zone / District**<br>4/41 | ☐ Dispatched Run<br>☐ Self-Initiated<br>☐ Jail Incident<br>☒ Other courts | | ☒ Injury to Subject<br>☐ Injury to Deputy<br>☐ No Injury Reported<br>☐ Injury to Other | |

### AGGRESSIVE / RESPONSE SUBJECT ACTIONS – CHECK ALL THAT APPLY

| | | | | |
|---|---|---|---|---|
| ☐ Verbal or Physical Danger Cues<br>☐ Not Responding to Commands<br>☐ Refusing to Move–Passive Resistive<br>☐ Pulling Away From Deputy | ☐ Running From Deputy<br>☐ Pushing Deputy<br>☐ Wrestling With Deputy<br>☐ Striking or Kicking Deputy | | ☐ Assaulting Third Party<br>☐ Life Threatening Weaponless Assault<br>☐ Attempting to Disarm Deputy<br>☐ Attempting to Escape | ☐ Using Weapon Against Deputy<br>    Weapon Type<br>☐ Third Party Involvement<br>☐ Other |

### LEVEL OF CONTROL – CHECK ALL THAT APPLY
( E = EFFECTIVE, I = INEFFECTIVE )

☒ **Force Not Used**
☐ Deputy Presence, verbal and non-verbal commands.      ☐ Handcuffs gapped and double locked.      ☐ Complaint of injury from Handcuffing.      ☐ Taser Sparked for compliance.

☐ **Empty Hand Control** (pressure point/joint manipulation / pain compliance)

PPCT:

| | E | I | | E | I | | E | I | |
|---|---|---|---|---|---|---|---|---|---|
| Joint Manipulation | ☐ | ☐ | Infra-Orbital | ☐ | ☐ | Hypoglossal | ☐ | ☐ | |
| Grounding Technique | ☐ | ☐ | Transport Wrist Lock | ☐ | ☐ | Jugular Notch | ☐ | ☐ | |
| Physically Placed on Ground/Wall | ☐ | ☐ | Wrist Roll | ☐ | ☐ | Other | ☐ | ☐ | ☐ Explain: |

☐ **Use of Immobilizing Restraint**  ☐ ☐   Explain:

☐ **Use of OC Spray**  E ☐  I ☐      ☐ **Use of C.E.D.**  E ☐  I ☐

☐ **Hard Empty Hand Control** (strike/kick/punch)

| Technique Used: | | E | I | | E | I | | E | I | |
|---|---|---|---|---|---|---|---|---|---|
| | Common Peroneal | ☐ | ☐ | Femoral | ☐ | ☐ | Tibial | ☐ | ☐ | |
| | Suprascapular | ☐ | ☐ | Radial | ☐ | ☐ | Median | ☐ | ☐ | |
| | Brachial Plexus Origin | ☐ | ☐ | Brachial Plexus Tie-in | ☐ | ☐ | Other | ☐ | ☐ | ☐ Explain: |

☐ **Use of Impact Weapon**

| Weapon Used: | | E | I | | E | I | | E | I | |
|---|---|---|---|---|---|---|---|---|---|
| | Common Peroneal | ☐ | ☐ | Femoral | ☐ | ☐ | Tibial | ☐ | ☐ | |
| | Radial | ☐ | ☐ | Median | ☐ | ☐ | Other | ☐ | ☐ | ☐ Explain: |

☐ **Police K-9** (Bite Only)  E ☐  I ☐

☐ **Less Lethal Control**

| | | E | I | | E | I | | E | I | | E | I | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 40mm | ☐ | ☐ | Knee Knockers | ☐ | ☐ | Sting Balls<br>Stinger Grenades | ☐<br>☐ | ☐<br>☐ | Other | ☐ | ☐ | ☐ Explain: |

☐ **Deadly Force**

| | E | I | | E | I | | | |
|---|---|---|---|---|---|---|---|---|
| Primary Firearm | ☐ | ☐ | Backup Firearm | ☐ | ☐ | ☐ Other | | |

### DEPUTY-SUBJECT FACTORS/SPECIAL CIRCUMSTANCES – CHECK ALL THAT APPLY
( ALL THAT APPLY MUST BE ARTICULATED WITHIN THE NARRATIVE )

| **Deputy-Subject Factors:** | **Special Circumstances:** | | |
|---|---|---|---|
| ☐ Age    ☐ Multiple Subjects<br>☐ Size   ☐ Multiple Deputies<br>☐ Sex    ☐ Relative Strength | ☐ Proximity of<br>    Weapons<br>☐ Injury or<br>    Exhaustion | ☐ Taken to Ground<br>☐ Proximity of<br>    Subject | ☐ Knowledge of Subject (Charges, Prior Complaints, etc.)<br>☐ Location of Incident (Environmental factors)<br>☐ Subject Handcuffed<br>☐ Other |

### REPORTED MEDICAL TREATMENT

**Deputy's Injuries (described):**
1. none
2.

Treated By Medical/ EMS / Hospital ☐, for what:               By whom:

**Subject's Injuries (described):**
1. red marks on lower back
2.

Treated By Medical/ EMS / Hospital ☒, for what:   red marks    By whom:  CC1 LPN Tasha Smith

☐ Injuries Prior Contact (Explain):

U-10.128A (5/2012)

**Exhibit A**

| Bureau # | FRANKLIN COUNTY SHERIFF'S OFFICE | I.A.B # |
|---|---|---|

**SUPPORTING DETAILS**

**Deputy Narrative – *(Sign/Date last page)***

☐ U-10-100 (SHR-AD-27) Attached
IF narrative continues onto additional pages, ✓ here ☐.

Begin narrative here >>  On 10/22/19 I was assigned to Courtroom 6F for the trial of Wade, David 19CR1984. I observed my partner for the day, Deputy Kevin Bennett #962, bringing Mr. Wade to Court at approximately 0900. It was at this point we headed up to our courtroom with Mr. Wade. Deputy Bennett gave me the remote for the RACC (Remote Activated Custody Control system) stun belt that Mr. Wade was wearing. Inmate Wade was unable to wear leg irons/shackles due to the fact that he was pro se and would need to move about the courtroom in front of the jury, without letting himself appear to be in custody. This was a court order.

During the lunch hour I went to use the rest room. It was at this point the remote fell off of my duty belt into the toilet water. I quickly returned to the courtroom to check on the welfare of Mr. Wade and to get another Deputy. After observing that Mr. Wade was unharmed Deputy Natalie Randall came back to assist me in removing the remote. I put on gloves and retrieved the remote. While I was gently drying it off I heard screaming from the courtroom. Fearing that the remote had shorted, I immediately ran to the courtroom. I could hear the belt cycling repeatedly shocking Mr. Wade. Deputy Teresa Hatzer #846 was with the inmate. I pulled the belt away from his body, but the device continued to malfunction and shock Mr. Wade. I then put my hand between the device and Mr. Wade's body to prevent further shocks from occuring. I instructed Deputy Todd Dennis #1151 to use a knife to cut the belt. Once removed, Deputy Dennis escorted Mr. Wade to the holding area in handcuffs while I advised both Sergeants Davis and Reiner what had taken place.

Then Deputy Bennett and I took Mr. Wade to medical. While there being evaluated I took pictures of Mr. Wade and his lower back. After cleared by medical Mr. Wade said he wanted to return to continue his trial. I then gave Mr. Wade a witness statement.   << End of narrative.

**COMPLETING DEPUTY SECTION**

| Nicholas Bates | | 1199 | 10/22/2019 |
|---|---|---|---|
| PRINTED NAME | SIGNATURE | BADGE | DATE |

**REVIEWING SUPERVISOR SECTION**

| Sgt David Reiner | | 555 | 10/22/19 |
|---|---|---|---|
| PRINTED NAME | SIGNATURE | BADGE | DATE |

U-10.128A (5/2012)

**Exhibit A**

| Bureau # | **FRANKLIN COUNTY SHERIFF'S OFFICE** | I.A.B # |
|---|---|---|

## WITNESSES

| Deputy / Witness - Last Name, First Name<br>Hatzer, Teresa | Facility<br>CPC | Job / Cell Assignment<br>Deputy | | Badge / Slate #<br>846 | |
|---|---|---|---|---|---|
| Address (House number & Street Name)<br>345 S High St | | City<br>Columbus | State<br>OH | Zip Code<br>43215 | Phone Number<br>525-8915 |
| Deputy / Witness - Last Name, First Name<br>Dennis, Todd | Facility<br>CPC | Job / Cell Assignment<br>Deputy | | Badge / Slate #<br>1151 | |
| Address (House number & Street Name)<br>345 S High St | | City<br>Columbus | State<br>OH | Zip Code<br>43215 | Phone Number<br>525-8915 |
| Deputy / Witness - Last Name, First Name<br>Randall, Natalie | Facility<br>CPC | Job / Cell Assignment<br>Deputy | | Badge / Slate #<br>1170 | |
| Address (House number & Street Name)<br>345 S High St | | City<br>Columbus | State<br>OH | Zip Code<br>43215 | Phone Number<br>525-8915 |
| Deputy / Witness - Last Name, First Name<br>Bennett, Kevin | Facility<br>CPC | Job / Cell Assignment<br>Deputy | | Badge / Slate #<br>962 | |
| Address (House number & Street Name)<br>345 S High St | | City<br>Columbus | State<br>OH | Zip Code<br>43215 | Phone Number<br>525-8915 |
| Deputy / Witness - Last Name, First Name | Facility | Job / Cell Assignment | | Badge / Slate # | |
| Address (House number & Street Name) | | City | State | Zip Code | Phone Number |
| Deputy / Witness - Last Name, First Name | Facility | Job / Cell Assignment | | Badge / Slate # | |
| Address (House number & Street Name) | | City | State | Zip Code | Phone Number |
| Deputy / Witness - Last Name, First Name | Facility | Job / Cell Assignment | | Badge / Slate # | |
| Address (House number & Street Name) | | City | State | Zip Code | Phone Number |
| Deputy / Witness - Last Name, First Name | Facility | Job / Cell Assignment | | Badge / Slate # | |
| Address (House number & Street Name) | | City | State | Zip Code | Phone Number |

## ADDITIONAL SUBJECTS

| Subject - Last Name, First Name | Social Security Number | D.O.B. | Age | Sex | Height | Weight |
|---|---|---|---|---|---|---|
| Alias(s) | Slate # | | Cell Assignment | | Facility | |
| Address (House number & Street Name) | | City | | State | Zip Code | Phone Number |
| Subject - Last Name, First Name | Social Security Number | D.O.B. | Age | Sex | Height | Weight |
| Alias(s) | Slate # | | Cell Assignment | | Facility | |
| Address (House number & Street Name) | | City | | State | Zip Code | Phone Number |
| Subject - Last Name, First Name | Social Security Number | D.O.B. | Age | Sex | Height | Weight |
| Alias(s) | Slate # | | Cell Assignment | | Facility | |
| Address (House number & Street Name) | | City | | State | Zip Code | Phone Number |
| Subject - Last Name, First Name | Social Security Number | D.O.B. | Age | Sex | Height | Weight |
| Alias(s) | Slate # | | Cell Assignment | | Facility | |
| Address (House number & Street Name) | | City | | State | Zip Code | Phone Number |

U-10.128A (5/2012)

**Exhibit A**

| Bureau # | Offense # | | | | | | | |
|---|---|---|---|---|---|---|---|---|

## FRANKLIN COUNTY SHERIFF'S OFFICE
### Incident Report / Response to Aggression

**I.A.B. #**     **CAD#**

☒ Incident Report
☐ Response to Aggression Report

### PROFILE INFORMATION

| **Deputy** - Last Name, First Name | | **Badge** | **Assignment** | **Age** | **Sex** | **Height** | **Weight** |
|---|---|---|---|---|---|---|---|
| Hatzer, Teresa | | 846 | Common Pleas Court | 57 | f | 5'4" | 170 |

| **Subject 1** - Last Name, First Name | **Social Security Number** | **D.O.B.** | **Age** | **Sex** | **Height** | **Weight** |
|---|---|---|---|---|---|---|
| Wade, David | | 10221979 | 40 | m | 6'1" | 180 |

| **Alias(s)** | **Slate #** | **Cell Assignment** | **Facility** |
|---|---|---|---|
| | 0378605 | 3wl6 | fccc 1 |

| **Address** (House number & Street Name) | **City** | **State** | **Zip Code** | **Phone Number** |
|---|---|---|---|---|
| 2542 Hiawatha st. | Columbus | oh | 43211 | |

| **Date** | **Time** | **Location** | **Zone / District** | |
|---|---|---|---|---|
| 10222019 | 1301 | 345 S. High St. columbus, Ohio 43215 Courtroom 6F | 4/41 | ☐ Dispatched Run  ☐ Injury to Subject<br>☐ Self-Initiated  ☐ Injury to Deputy<br>☐ Jail Incident  ☐ No Injury Reported<br>☒ Other Courts  ☐ Injury to Other |

### AGGRESSIVE / RESPONSE SUBJECT ACTIONS – CHECK ALL THAT APPLY

☐ Verbal or Physical Danger Cues
☐ Not Responding to Commands
☐ Refusing to Move–Passive Resistive
☐ Pulling Away From Deputy

☐ Running From Deputy
☐ Pushing Deputy
☐ Wrestling With Deputy
☐ Striking or Kicking Deputy

☐ Assaulting Third Party
☐ Life Threatening Weaponless Assault
☐ Attempting to Disarm Deputy
☐ Attempting to Escape

☐ Using Weapon Against Deputy
   Weapon Type
☐ Third Party Involvement
☐ Other

### LEVEL OF CONTROL – CHECK ALL THAT APPLY
( E = EFFECTIVE, I = INEFFECTIVE )

☒ Force Not Used
☐ Deputy Presence, verbal and non-verbal commands.  ☐ Handcuffs gapped and double locked.  ☐ Complaint of Injury from Handcuffing.  ☐ Taser Sparked for compliance.

☐ Empty Hand Control (pressure point/joint manipulation / pain compliance)

PPCT:
| | E I | | E I | | E I |
|---|---|---|---|---|---|
| Joint Manipulation | ☐ ☐ | Infra-Orbital | ☐ ☐ | Hypoglossal | ☐ ☐ |
| Grounding Technique | ☐ ☐ | Transport Wrist Lock | ☐ ☐ | Jugular Notch | ☐ ☐ |
| Physically Placed on Ground/Wall | ☐ ☐ | Wrist Roll | ☐ ☐ | Other | ☐ ☐ ☐ Explain: |

☐ Use of Immobilizing Restraint    ☐ I    Explain:

☐ Use of OC Spray    E I ☐ ☐

☐ Use of C.E.D.    E I ☐ ☐

☐ Hard Empty Hand Control (strike/kick/punch)

| Technique Used: | | E I | | E I | | E I | |
|---|---|---|---|---|---|---|---|
| | Common Peroneal | ☐ ☐ | Femoral | ☐ ☐ | Tibial | ☐ ☐ | |
| | Suprascapular | ☐ ☐ | Radial | ☐ ☐ | Median | ☐ ☐ | |
| | Brachial Plexus Origin | ☐ ☐ | Brachial Plexus Tie-in | ☐ ☐ | Other | ☐ ☐ ☐ Explain: | |

☐ Use of Impact Weapon

| Weapon Used: | | E I | | E I | | E I | |
|---|---|---|---|---|---|---|---|
| | Common Peroneal | ☐ ☐ | Femoral | ☐ ☐ | Tibial | ☐ ☐ | |
| | Radial | ☐ ☐ | Median | ☐ ☐ | Other | ☐ ☐ ☐ Explain: | |

☐ Police K-9 (Bite Only)    E I ☐ ☐

☐ Less Lethal Control

| | E I | | E I | | E I | | E I |
|---|---|---|---|---|---|---|---|
| 40mm | ☐ ☐ | Knee Knockers | ☐ ☐ | Sting Balls ☐ ☐<br>Stinger Grenades ☐ ☐ | | Other ☐ ☐ ☐ Explain: | |

☐ Deadly Force

| | E I | | E I | |
|---|---|---|---|---|
| Primary Firearm | ☐ ☐ | Backup Firearm | ☐ ☐ ☐ Other | |

### DEPUTY-SUBJECT FACTORS/SPECIAL CIRCUMSTANCES – CHECK ALL THAT APPLY
( ALL THAT APPLY MUST BE ARTICULATED WITHIN THE NARRATIVE )

**Deputy-Subject Factors:**
☐ Age
☐ Size
☐ Sex
☐ Multiple Subjects
☐ Multiple Deputies
☐ Relative Strength

**Special Circumstances:**
☐ Proximity of Weapons
☐ Injury or Exhaustion
☐ Taken to Ground
☐ Proximity of Subject
☒ Knowledge of Subject (Charges, Prior Complaints, etc.)
☐ Location of Incident (Environmental factors)
☐ Subject Handcuffed
☐ Other

### REPORTED MEDICAL TREATMENT

**Deputy's Injuries (described):**
1. None
2.

Treated By Medical/ EMS / Hospital ☐, for what:  By whom:

**Subject's Injuries (described):**
1. red marks on lower back
2.

Treated By Medical/ EMS / Hospital ☒, for what:  red marks  By whom: Tasha Smith LPN

☐ Injuries Prior Contact (Explain):

U-10.128A (5/2012)

**Exhibit A**

| Bureau # | **FRANKLIN COUNTY SHERIFF'S OFFICE** | I.A.B # |
|---|---|---|

**SUPPORTING DETAILS**

**Deputy Narrative – *(Sign/Date last page)***

☐ U-10-100 (SHR-AD-27) Attached
IF narrative continues onto additional pages, ✓ here ☐.

Begin narrative here >> On Tuesday, 10/22/2019 at 1301 hours , I was sitting in courtroom 6F with Deputy Natalie Randall #1070, providing security for Inmate David Wade 0378605. Dep. Nicholas Bates #1199 opened the door from the breezeway to the courtroom and asked for one of us to come out with him. Dep. N. Randall #1070 said she would go with Dep. Bates #1199 while I stayed in the courtroom with inmate David Wade. After about a minute or so Inmate David Wade started screaming, got down on his knees and said I didn't do anything wrong. I then realized I could hear the stun belt going off at very short intervals. I ran over to the door, opened it and yelled "Hey" as Dep. Todd Dennis #1151 and Dep. N. Bates #1199 were running toward me. When Dep. Bates ran into the courtroom he said the remote for the stun belt was shorting out. I ran into the holding cell area and took the remote from Dep. N. Randall, marked for Sgt. David Reiner CS1 and Sgt. Tom Davis CS4 to come to the holding cell for 6 E/F courtrooms. I removed the back off of the remote and attempted to remove the battery but was unable to get the battery out. Dep. Bates then came into the holding area holding the stun belt and Dep. Dennis was escorting inmate David Wade into the first holding cell. Sgt. Reiner and Sgt Davis arrived shortly after inmate David Wade was placed in the holding cell. << End of narrative.

**COMPLETING DEPUTY SECTION**

| Teresa L. Hatzer | *Teresa L Hatzer* | 846 | 10/03/19 |
|---|---|---|---|
| PRINTED NAME | SIGNATURE | BADGE | DATE |

**REVIEWING SUPERVISOR SECTION**

| Sgt. David Reiner | *H David Reiner* | 535 | 10/03/19 |
|---|---|---|---|
| PRINTED NAME | SIGNATURE | BADGE | DATE |

U-10.128A (5/2012)

**Exhibit A**

| Bureau # | Offense # | **FRANKLIN COUNTY SHERIFF'S OFFICE**<br>**Incident Report / Response to Aggression** | I.A.B. # | CAD# |
|---|---|---|---|---|
| ☒ Incident Report<br>☐ Response to Aggression Report | | | | |

## PROFILE INFORMATION

| Deputy - Last Name, First Name<br>Dennis, Todd | | Badge<br>1151 | Assignment<br>CP | | Age<br>46 | Sex<br>M | Height<br>6'1" | Weight<br>243 |
|---|---|---|---|---|---|---|---|---|
| **Subject 1 - Last Name, First Name**<br>WADE, DAVID | | Social Security Number | D.O.B.<br>10/22/79 | | Age<br>40 | Sex<br>M | Height<br>6'1" | Weight<br>180 |
| Alias(s) | | Slate #<br>0378605 | Cell Assignment<br>3WL6 | | Facility<br>FCCC1 | | | |
| Address (House number & Street name)<br>2542 HIAWATHA ST. | | | City<br>COLUMBUS | | State<br>OH | Zip Code<br>43211 | Phone Number | |

| Date<br>102219 | Time<br>1301 | Location<br>345 S HIGH ST | Zone / District<br>4/41 | ☐ Dispatched Run<br>☐ Self-Initiated<br>☐ Jail Incident<br>☒ Other courts | ☒ Injury to Subject<br>☐ Injury to Deputy<br>☐ No Injury Reported<br>☐ Injury to Other |
|---|---|---|---|---|---|

## AGGRESSIVE / RESPONSE SUBJECT ACTIONS – CHECK ALL THAT APPLY

| | | | |
|---|---|---|---|
| ☐ Verbal or Physical Danger Cues | ☐ Running From Deputy | ☐ Assaulting Third Party | ☐ Using Weapon Against Deputy |
| ☐ Not Responding to Commands | ☐ Pushing Deputy | ☐ Life Threatening Weaponless Assault | ☐ Weapon Type |
| ☐ Refusing to Move–Passive Resistive | ☐ Wrestling With Deputy | ☐ Attempting to Disarm Deputy | ☐ Third Party Involvement |
| ☐ Pulling Away From Deputy | ☐ Striking or Kicking Deputy | ☐ Attempting to Escape | ☐ Other |

## LEVEL OF CONTROL – CHECK ALL THAT APPLY
### ( E = EFFECTIVE, I = INEFFECTIVE)

☒ Force Not Used
☐ Deputy Presence, verbal and non-verbal commands.　☒ Handcuffs gapped and double locked.　☐ Complaint of Injury from Handcuffing.　☐ Taser Sparked for compliance.

☐ Empty Hand Control (pressure point/joint manipulation / pain compliance)

| | E I | | E I | | E I | | E I |
|---|---|---|---|---|---|---|---|
| PPCT:<br>Joint Manipulation | ☐ ☐ | Infra-Orbital | ☐ ☐ | Hypoglossal | ☐ ☐ | | |
| Grounding Technique | ☐ ☐ | Transport Wrist Lock | ☐ ☐ | Jugular Notch | ☐ ☐ | | |
| Physically Placed on Ground/Wall | ☐ ☐ | Wrist Roll | ☐ ☐ | Other | ☐ ☐ ☐ Explain: | | |

☐ Use of Immobilizing Restraint　E I　☐ ☐　Explain:

☐ Use of OC Spray　E I　☐ ☐　☐ Use of C.E.D.　E I　☐ ☐

☐ Hard Empty Hand Control (strike/kick/punch)

| Technique Used: | | E I | | E I | | E I | |
|---|---|---|---|---|---|---|---|
| | Common Peroneal | ☐ ☐ | Femoral | ☐ ☐ | Tibial | ☐ ☐ | |
| | Suprascapular | ☐ ☐ | Radial | ☐ ☐ | Median | ☐ ☐ | |
| | Brachial Plexus Origin | ☐ ☐ | Brachial Plexus Tie-in | ☐ ☐ | Other | ☐ ☐ ☐ Explain: | |

☐ Use of Impact Weapon

| Weapon Used: | | E I | | E I | | E I | |
|---|---|---|---|---|---|---|---|
| | Common Peroneal | ☐ ☐ | Femoral | ☐ ☐ | Tibial | ☐ ☐ | |
| | Radial | ☐ ☐ | Median | ☐ ☐ | Other | ☐ ☐ ☐ Explain: | |

☐ Police K-9 (Bite Only)　E I　☐ ☐

☐ Less Lethal Control

| | E I | | E I | | E I | | E I | |
|---|---|---|---|---|---|---|---|---|
| 40mm | ☐ ☐ | Knee Knockers | ☐ ☐ | Sting Balls | ☐ ☐ | Other | ☐ ☐ ☐ Explain: | |
| | | | | Stinger Grenades | ☐ ☐ | | | |

☐ Deadly Force

| | E I | | E I | |
|---|---|---|---|---|
| Primary Firearm | ☐ ☐ | Backup Firearm | ☐ ☐ | ☐ Other |

## DEPUTY-SUBJECT FACTORS/SPECIAL CIRCUMSTANCES – CHECK ALL THAT APPLY
### ( ALL THAT APPLY MUST BE ARTICULATED WITHIN THE NARRATIVE )

| Deputy-Subject Factors: | Special Circumstances: | |
|---|---|---|
| ☐ Age ☐ Multiple Subjects | ☐ Proximity of Weapons | ☐ Taken to Ground | ☐ Knowledge of Subject (Charges, Prior Complaints, etc.) |
| ☐ Size ☐ Multiple Deputies | ☐ Injury or Exhaustion | ☐ Proximity of Subject | ☐ Location of Incident (Environmental factors) |
| ☐ Sex ☐ Relative Strength | | | ☐ Subject Handcuffed |
| | | | ☐ Other |

## REPORTED MEDICAL TREATMENT

Deputy's Injuries (described):
1. NONE
2.

Treated By Medical/ EMS / Hospital ☐, for what:　By whom:

Subject's Injuries (described):
1. red marks on lower back
2.

Treated By Medical/ EMS / Hospital ☒, for what:　red marks　By whom: CC1 LPN Tasha Smith

☐ Injuries Prior Contact (Explain):

U-10.128A (5/2012)

**Exhibit A**

| Bureau # | FRANKLIN COUNTY SHERIFF'S OFFICE | I.A.B # |
|---|---|---|

**SUPPORTING DETAILS**

**Deputy Narrative – *(Sign/Date last page)***

☐ U-10-100 (SHR-AD-27) Attached
IF narrative continues onto additional pages, ✓ here ☐.

Begin narrative here >> On 10/22/19 at approx. 1304 hrs. I (Deputy T. Dennis #1151) was in Common Pleas Court room 6E when I heard yelling that appeared to be coming from court room 6F. I immediately ran through the breezeway and into court room 6F. Upon entering I saw Inmate Wade, David 0378605 yelling and screaming with his knees on the floor and his hands on the top of the table. At that time I could hear that the stun belt was activated at about 2 to 3 second intervals and continued this action for approx. 7 seconds before Deputy Bates, Nick #1199 pulled the back of the belt away from Inmate Wade's skin. The key for the belt could not be located at that momment so I used my knife to cut the belt off of Inmate Wade. ( the belt continued to go off for several minutes after it was removed from his body.) I then placed handcuffs on Inmate Wade and escorted him to the holding cell area in the breezeway. I uncuffed Inmate Wade and secured the door without further incident. << End of narrative.

**COMPLETING DEPUTY SECTION**

| TODD DENNIS | | | |
|---|---|---|---|
| PRINTED NAME | SIGNATURE | 1151 BADGE | 10-22-19 DATE |

**REVIEWING SUPERVISOR SECTION**

| St. David Reinel | | | |
|---|---|---|---|
| PRINTED NAME | SIGNATURE | S35 BADGE | 10-22-.9 DATE |

U-10.128A (5/2012)

**Exhibit A**

| Bureau # | Offense # | | | |
|---|---|---|---|---|
| ☒ Incident Report | | **FRANKLIN COUNTY SHERIFF'S OFFICE** | I.A.B. # | CAD# |
| ☐ Response to Aggression Report | | Incident Report / Response to Aggression | | |

## PROFILE INFORMATION

| Deputy - Last Name, First Name<br>RANDALL, NATALIE | | Badge<br>1070 | Assignment<br>CP | Age<br>37 | Sex<br>F | Height<br>5'3 | Weight<br>125 |
|---|---|---|---|---|---|---|---|
| Subject 1 - Last Name, First Name<br>WADE, DAVID | | Social Security Number | D.O.B.<br>10-22-1979 | Age<br>40 | Sex<br>M | Height<br>6'1 | Weight<br>180 |
| Alias(s) | Slate #<br>0378605 | Cell Assignment<br>3WL6 | | Facility<br>MJ | | | |
| Address (House number & Street Name)<br>2542 HIAWATHA ST | | | City<br>COLUMBUS | | State<br>OH | Zip Code<br>43211 | Phone Number<br>NA |

| Date<br>10-22-2019 | Time<br>1:01 PM | Location<br>345 SOUTH HIGH ST COLUMBUS OH 43215<br>COURTROOM 6F | Zone / District<br>4/41 | ☐ Dispatched Run<br>☐ Self-Initiated<br>☒ Jail Incident<br>☒ Other courts | ☒ Injury to Subject<br>☐ Injury to Deputy<br>☐ No Injury Reported<br>☐ Injury to Other |
|---|---|---|---|---|---|

## AGGRESSIVE / RESPONSE SUBJECT ACTIONS – CHECK ALL THAT APPLY

| ☐ Verbal or Physical Danger Cues<br>☐ Not Responding to Commands<br>☐ Refusing to Move–Passive Resistive<br>☐ Pulling Away From Deputy | ☐ Running From Deputy<br>☐ Pushing Deputy<br>☐ Wrestling With Deputy<br>☐ Striking or Kicking Deputy | ☐ Assaulting Third Party<br>☐ Life Threatening Weaponless Assault<br>☐ Attempting to Disarm Deputy<br>☐ Attempting to Escape | ☐ Using Weapon Against Deputy<br>☐ Weapon Type<br>☐ Third Party Involvement<br>☐ Other |
|---|---|---|---|

## LEVEL OF CONTROL – CHECK ALL THAT APPLY
**( E = EFFECTIVE,  I = INEFFECTIVE )**

☒ **Force Not Used**

☐ Deputy Presence, verbal and non-verbal commands.    ☐ Handcuffs gapped and double locked.    ☐ Complaint of Injury from Handcuffing.    ☐ Taser Sparked for compliance.

☐ **Empty Hand Control** (pressure point/joint manipulation / pain compliance)

| PPCT: | | E  I | | | E  I | | | E  I | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Joint Manipulation | | ☐ ☐ | Infra-Orbital | | ☐ ☐ | Hypoglossal | | ☐ ☐ | | |
| Grounding Technique | | ☐ ☐ | Transport Wrist Lock | | ☐ ☐ | Jugular Notch | | ☐ ☐ | | |
| Physically Placed on Ground/Wall | | ☐ ☐ | Wrist Roll | | ☐ ☐ | Other | | ☐ ☐ ☐ Explain: | | |

| ☐ **Use of Immobilizing Restraint** | E  I<br>☐ ☐ | Explain: |
|---|---|---|

| ☐ **Use of OC Spray** | E  I<br>☐ ☐ | ☐ Use of C.E.D. | E  I<br>☐ ☐ | |
|---|---|---|---|---|

☐ **Hard Empty Hand Control** (strike/kick/punch)

| Technique Used: | | Common Peroneal<br>Suprascapular<br>Brachial Plexus Origin | E  I<br>☐ ☐<br>☐ ☐<br>☐ ☐ | Femoral<br>Radial<br>Brachial Plexus Tie-in | E  I<br>☐ ☐<br>☐ ☐<br>☐ ☐ | Tibial<br>Median<br>Other | E  I<br>☐ ☐<br>☐ ☐<br>☐ ☐ Explain: |
|---|---|---|---|---|---|---|---|

☐ **Use of Impact Weapon**

| Weapon Used: | | Common Peroneal<br>Radial | E  I<br>☐ ☐<br>☐ ☐ | Femoral<br>Median | E  I<br>☐ ☐<br>☐ ☐ | Tibial<br>Other | E  I<br>☐ ☐<br>☐ ☐ Explain: |
|---|---|---|---|---|---|---|---|

| ☐ **Police K-9** (Bite Only) | E  I<br>☐ ☐ | | | | | | |
|---|---|---|---|---|---|---|---|

☐ **Less Lethal Control**

| | 40mm | E  I<br>☐ ☐ | Knee Knockers | E  I<br>☐ ☐ | Sting Balls<br>Stinger Grenades | E  I<br>☐ ☐<br>☐ ☐ | Other | E  I<br>☐ ☐ Explain: |
|---|---|---|---|---|---|---|---|---|

☐ **Deadly Force**

| | Primary Firearm | E  I<br>☐ ☐ | Backup Firearm | E  I<br>☐ ☐ | Other | E  I<br>☐ ☐ | | |
|---|---|---|---|---|---|---|---|---|

## DEPUTY-SUBJECT FACTORS/SPECIAL CIRCUMSTANCES – CHECK ALL THAT APPLY
**( ALL THAT APPLY MUST BE ARTICULATED WITHIN THE NARRATIVE )**

| Deputy-Subject Factors: | Special Circumstances: | | |
|---|---|---|---|
| ☐ Age    ☐ Multiple Subjects<br>☐ Size    ☐ Multiple Deputies<br>☐ Sex    ☐ Relative Strength | ☐ Proximity of Weapons<br>☐ Injury or Exhaustion | ☐ Taken to Ground<br>☐ Proximity of Subject | ☐ Knowledge of Subject (Charges, Prior Complaints, etc.)<br>☐ Location of Incident (Environmental factors)<br>☐ Subject Handcuffed<br>☐ Other |

## REPORTED MEDICAL TREATMENT

| Deputy's Injuries (described): | 1.  NONE |
|---|---|
| | 2. |
| Treated By Medical/ EMS / Hospital ☐, for what: | By whom: |

| Subject's Injuries (described): | 1.  red marks lower back |
|---|---|
| | 2. |
| Treated By Medical/ EMS / Hospital ☒, for what: | By whom: NURSE TASHA SMITH LPN |

☐ Injuries Prior Contact (Explain):

U-10.128A (5/2012)

**Exhibit A**

| Bureau # | FRANKLIN COUNTY SHERIFF'S OFFICE | I.A.B # |
|---|---|---|

### SUPPORTING DETAILS

**Deputy Narrative – *(Sign/Date last page)***

☐ U-10-100 (SHR-AD-27) Attached
IF narrative continues onto additional pages, ✓ here ☐.

Begin narrative here >> On Tuesday October 22, 2019, at approximately 1:01pm, I was sitting in courtroom 6F with Deputy Teresa Hatzer #846 providing security for inmate David Wade 0378605. Inmate Wade was listening to audio recordings in regards to his trial. Deputy Nick Bates #1199 enters the courtroom and asks if one of us could come to the back where the inmates are secured. I volunteered to go see what Dep Bates needed. When we got into the holding area, Deputy Bates showed me that he had dropped the stun belt remote into the toilet. Dep Bates put on gloves and retrieved the remote from the toilet. The remote was dripping with toilet water. Dep Bates grabbed paper towels and began to dry the remote. Just about that time I heard inmate Wade screaming. I looked at Dep Bates and said I think the belt is stunning him. I could hear the stun belt had activated. I tried to take the back off the remote to remove the battery. Deputy Hatzer then entered the holding area and took the remote. She was able to get the back off but the battery was still stuck inside. Dep Bates then entered the holding area with the stun belt that was still activated. Inmate Wade was escortd into the holding cell by Deputy Todd Dennis #1151.    << End of narrative.

### COMPLETING DEPUTY SECTION

| DEPUTY NATALIE RANDALL<br>PRINTED NAME | *Deputy Natalie Randall*<br>SIGNATURE | 1070<br>BADGE | 10/22/2019<br>DATE |
|---|---|---|---|

### REVIEWING SUPERVISOR SECTION

| Sf. David Reinel<br>PRINTED NAME | *David Reinel*<br>SIGNATURE | S3S<br>BADGE | 10/23/19<br>DATE |
|---|---|---|---|

U-10.128A (5/2012)

**Exhibit A**

| Bureau # | Offense # | **FRANKLIN COUNTY SHERIFF'S OFFICE** Incident Report / Response to Aggression | I.A.B. # | CAD# |
|---|---|---|---|---|
| ☒ Incident Report ☐ Response to Aggression Report | | | | |

## PROFILE INFORMATION

| Deputy - Last Name, First Name Bennett, Kevin | Badge 962 | Assignment CP | Age 54 | Sex m | Height 6'0 | Weight 205 |
|---|---|---|---|---|---|---|
| Subject 1 - Last Name, First Name WADE, DAVID | Social Security Number | D.O.B. 10-22-1979 | Age 40 | Sex M | Height 6'1 | Weight 180 |

| Alias(s) | Slate # 0378605 | Cell Assignment 3WL6 | Facility MJ |
|---|---|---|---|

| Address (House number & Street Name) 2542 HIAWATHA ST | City COLUMBUS | State OH | Zip Code 43211 | Phone Number NA |
|---|---|---|---|---|

| Date 10-22-2019 | Time 1:01 PM | Location 345 SOUTH HIGH ST COLUMBUS OH 43215 COURTROOM 6F | Zone / District 4/41 | ☐ Dispatched Run ☐ Self-Initiated ☐ Jail Incident ☒ Other courts | ☐ Injury to Subject ☐ Injury to Deputy ☒ No Injury Reported ☐ Injury to Other |
|---|---|---|---|---|---|

## AGGRESSIVE / RESPONSE SUBJECT ACTIONS – CHECK ALL THAT APPLY

| | | | |
|---|---|---|---|
| ☐ Verbal or Physical Danger Cues ☐ Not Responding to Commands ☐ Refusing to Move–Passive Resistive ☐ Pulling Away From Deputy | ☐ Running From Deputy ☐ Pushing Deputy ☐ Wrestling With Deputy ☐ Striking or Kicking Deputy | ☐ Assaulting Third Party ☐ Life Threatening Weaponless Assault ☐ Attempting to Disarm Deputy ☐ Attempting to Escape | ☐ Using Weapon Against Deputy     Weapon Type ☐ Third Party Involvement ☐ Other |

## LEVEL OF CONTROL – CHECK ALL THAT APPLY
( E = EFFECTIVE, I = INEFFECTIVE )

☒ Force Not Used
☐ Deputy Presence, verbal and non-verbal commands,  ☐ Handcuffs gapped and double locked,  ☐ Complaint of Injury from Handcuffing,  ☐ Taser Sparked for compliance.

☐ **Empty Hand Control** (pressure point/joint manipulation / pain compliance)

| PPCT: | | E I | | E I | | E I |
|---|---|---|---|---|---|---|
| Joint Manipulation | | ☐ ☐ | Infra-Orbital | ☐ ☐ | Hypoglossal | ☐ ☐ |
| Grounding Technique | | ☐ ☐ | Transport Wrist Lock | ☐ ☐ | Jugular Notch | ☐ ☐ |
| Physically Placed on Ground/Wall | | ☐ ☐ | Wrist Roll | ☐ ☐ | Other | ☐ ☐ ☐ Explain: |

| | E I | | |
|---|---|---|---|
| ☐ **Use of Immobilizing Restraint** | ☐ ☐ | Explain: | |

| | E I | | E I |
|---|---|---|---|
| ☐ **Use of OC Spray** | ☐ ☐ | ☐ Use of C.E.D. | ☐ ☐ |

☐ **Hard Empty Hand Control (strike/kick/punch)**

| Technique Used: | | E I | | E I | | E I |
|---|---|---|---|---|---|---|
| | Common Peroneal | ☐ ☐ | Femoral | ☐ ☐ | Tibial | ☐ ☐ |
| | Suprascapular | ☐ ☐ | Radial | ☐ ☐ | Median | ☐ ☐ |
| | Brachial Plexus Origin | ☐ ☐ | Brachial Plexus Tie-in | ☐ ☐ | Other | ☐ ☐ ☐ Explain: |

☐ **Use of Impact Weapon**

| Weapon Used: | | E I | | E I | | E I |
|---|---|---|---|---|---|---|
| | Common Peroneal | ☐ ☐ | Femoral | ☐ ☐ | Tibial | ☐ ☐ |
| | Radial | ☐ ☐ | Median | ☐ ☐ | Other | ☐ ☐ ☐ Explain: |

| | E I |
|---|---|
| ☐ **Police K-9** (Bite Only) | ☐ ☐ |

☐ **Less Lethal Control**

| | | E I | | E I | | E I | | |
|---|---|---|---|---|---|---|---|---|
| | 40mm | ☐ ☐ | Knee Knockers | ☐ ☐ | Sting Balls | ☐ ☐ | Other | ☐ ☐ ☐ Explain: |
| | | | | | Stinger Grenades | ☐ ☐ | | |

☐ **Deadly Force**

| | E I | | E I | |
|---|---|---|---|---|
| | Primary Firearm | ☐ ☐ | Backup Firearm | ☐ ☐ ☐ Other |

## DEPUTY-SUBJECT FACTORS/SPECIAL CIRCUMSTANCES – CHECK ALL THAT APPLY
( ALL THAT APPLY MUST BE ARTICULATED WITHIN THE NARRATIVE )

| Deputy-Subject Factors: | | Special Circumstances: | | |
|---|---|---|---|---|
| ☐ Age ☐ Size ☐ Sex | ☐ Multiple Subjects ☐ Multiple Deputies ☐ Relative Strength | ☐ Proximity of Weapons ☐ Injury or Exhaustion | ☐ Taken to Ground ☐ Proximity of Subject | ☐ Knowledge of Subject (Charges, Prior Complaints, etc.) ☐ Location of Incident (Environmental factors) ☐ Subject Handcuffed ☐ Other |

## REPORTED MEDICAL TREATMENT

| Deputy's Injuries (described): | 1.   NONE |
|---|---|
| | 2. |

| Treated By Medical/ EMS / Hospital ☐, for what: | By whom: |
|---|---|

| Subject's Injuries (described): | 1.   red marks lower back |
|---|---|
| | 2. |

| Treated By Medical/ EMS / Hospital ☒, for what: | By whom:  NURSE TASHA SMITH LPN |
|---|---|

☐ Injuries Prior Contact (Explain):

U-10.128A (5/2012)

**Exhibit A**

| Bureau # | **FRANKLIN COUNTY SHERIFF'S OFFICE** | I.A.B # |
|---|---|---|

**SUPPORTING DETAILS**

**Deputy Narrative – *(Sign/Date last page)***

☐ U-10-100 (SHR-AD-27) Attached
IF narrative continues onto additional pages, ✓ here ☐.

Begin narrative here >> Tuesday October 22,2019 I was working Courtroom 6F , while on lunch break around 1:00pm ,I went to the Sgts office on the third floor Commom Pleas Courthouse to pick up a piece of paper.When I returned to Courtroom 6F holding cell area, I saw Deputy Teresa Hatzer #856 trying to get the battery out of a stun belt controller. She told me Inmate David Wade  0378605 was being shocked by the stun belt he was wearing. She told me the controller had fallen off Deputy Nicholas Bates gun belt while he was using the restroom, into the toilet, Inmate Wade was then coming through the holding cell door, the stun belt had been cut off of him, he was placed in the holding cell. Deputy Bates and I then took Inmate Wade to Medical at Fccc1,he was treated and cleared by nurse Tasha Smith Lpn. << End of narrative.

**COMPLETING DEPUTY SECTION**

| <u>Kevin Bennett</u><br>PRINTED NAME | _SIGNATURE_ | <u>962</u><br>BADGE | <u>10/23/2019</u><br>DATE |
|---|---|---|---|

**REVIEWING SUPERVISOR SECTION**

| <u>Sgt. David Reinell</u><br>PRINTED NAME | _SIGNATURE_ | <u>835</u><br>BADGE | <u>10/03/19</u><br>DATE |
|---|---|---|---|

U-10.128A (5/2012)

**Exhibit A**

# Franklin County Sheriff's Office
## Division of Corrections
### Statement of Witness

**CONSTITUTIONAL RIGHTS**

Before we ask you any questions, you must understand your rights. (1.) You have the right to remain silent. (2.) Anything you say can be used against you in court. (3.) You have the right to talk to a lawyer for advice before we ask you any questions, and to have him present with you during questioning. (4.) If you are unable to pay a lawyer, a public defender will be appointed for you prior to any questioning, if you so desire. (5.) If you wish to answer questions now without a lawyer present, you have the right to stop answering questions at any time. (6.) You also have the right to stop answering at any time until you talk to a lawyer.

**WAIVER**

I have read the statement of my rights shown above. I understand what my rights are and I am willing to answer questions. I understand and know what I am doing. No promises or threats have been made to me, and no pressure of any kind has been used against me.

Signed this _____ day of _____ ,19____ , at FCCC I  FCCC II (circle one) at _____ /M.

What is the highest level of education you attained? _____          Do you read and write?  Yes ☐   No ☐

Do you wear glasses or contacts?  Yes ☐   No ☐          Do you have a hearing problem?  Yes ☐   No ☐

Witness _____

Witness _____          Signed _____

*The person giving this statement is not suspected of committing a crime and was not advised of his/her rights.* ☒

**STATEMENT**

I, _David Wade_ , do hereby make the following statement to Deputy _N Bates_ of my own free will and accord, concerning an incident that occurred at ~~FCCC I  FCCC II~~ (circle one) on the day of _October 22nd_, _2019_, at _1430_ /M.
  _Common Pleas Court_

I was in the Courtroom listening to the phone calls. I had on a stun belt around my waist when it just began shocking me continuously for between a minute and possibly a minute and a half. The deputies came to my aid and cut the belt off of me. I was treated medically.

I have read the above statement consisting of _1_ pages and attest that it is a true and accurate account of the events which took place on _October 22, 2019_ . It was given by me freely and voluntarily, without fear of threat or promise of reward.

Witness _____          Signed _David Wade_

Witness _____          Page _1_ of _1_ pages

SHR-CC-40-B-10/94

**Exhibit A**

# Franklin County Sheriff's Office
## Division of Corrections
### Incident Report Photographs



Object description (if needed)

Overview of inmate

| | |
|---|---|
| **Inmate:** | Wade, David #21090405113 |
| **Taken by:** | Dep. Bates #1199 |
| **Time taken:** | 1334 |
| **Date taken:** | 10-22-19 |

| | | |
|---|---|---|
| 2 | of | 3 |

**Exhibit A**

# Franklin County Sheriff's Office
## Division of Corrections
### Incident Report Photographs



Object description (if needed)

|  |
|---|
| Overview of inmate |

| | |
|---|---|
| **Inmate:** | Wade, David #21090405113 |
| **Taken by:** | Dep. Bates #1199 |
| **Time taken:** | 1334 |
| **Date taken:** | 10-22-19 |

| | | |
|---|---|---|
| 1 | of | 3 |

Printed 10/22/2019

**Exhibit A**

# Franklin County Sheriff's Office
## Division of Corrections
### Incident Report Photographs



Object description (if needed)

| Overview of inmate |
|---|

| Inmate: | Wade, David #21090405113 |
|---|---|
| Taken by: | Dep. Bates #1199 |
| Time taken: | 1334 |
| Date taken: | 10-22-19 |
| **3** of **3** | |

Printed 10/22/2019

**Exhibit A**

Inmate Name: **WADE, DAVID**  SO #: **0378605**  Booking #: **20190405113**

Wednesday, October 23, 2019
2:13:56 PM

## FRANKLIN COUNTY
## LOCATOR CARD

Prisoner Type: **FELONY**

| | | | |
|---|---|---|---|
| Bin#: 304 | Height: 6 ft 01 in | Booking Location: | FCCC1 |
| Age: 40 | Weight: 180 | Incarceration Date | 04/05/2019 |
| DOB: 10/22/1979 | Hair Color: BLK | Incarceration Tim | 21:59 |
| R/S: B/M | EyeColor: BRN | Assigned Housing: | MJ-1-3-WL-06-01 |

|   | ALERT DESCRIPTION: | ALERT NARRATIVE: |
|---|---|---|
| 1 | 20 | SINGLE CELL HOUSING |
| 2 | | |
| 3 | | |

OVER 3 ALERTS: ☐

KEEP SEPARATE FROM:
0127597 - STEWARD, KEITH SONNY ; 0166118 - ABBOTT, JORDAN LAWRENCE  ; 0401618 - LAWRENCE, RYAN WILLIAM ; 0058828 - HEISER-MULLINS, SEAN P

OVER 6 NAMES: ☐

|   | Primary Charge Description | Case #: | Indict and Arraign Date: | Commit Document: | B.O. Date: |
|---|---|---|---|---|---|
| 1 | PROMOTING PROSTITUTION | 6353 | | COMPLAINT | |
| 2 | APA PAROLE HOLD | HOLDER | | | |
| 3 | PROMOTING PROSTITUTION | 19CR1984 | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

Over 6 Cases: ☐

Alias Names:
WADE, DAVID E  - WADE, DAVID E

Over 8 Names: ☐

|   | Hold Date/Time: | Hold by: | Hold Dept: | Hold Rem. Date/Time: | Hold Rem. By: | Hold Rem Dept: |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |

Over 3 Holds: ☐

Housing:

| Pod: | Date: | Pod: | Date: | Pod: | Date: |
|---|---|---|---|---|---|
| | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Blanket: ☐ | Pillow Case: ☐ | Dress: ☐ | | Underwear: ☐ | |
| Mattress: ☐ | Sheet: ☐ | Pants: ☐ | | PH Kit: ☐ | |
| Pillow: ☐ | Towel: ☐ | Shirt: ☐ | | Trustee Uniform/Footwear: ☐ | |

Date/Time

I RECEIVED THE ABOVE LISTED ITEMS WHEN CONFINED IN THE Franklin County. I UNDERSTAND THAT I WILL BE RESPONSIBLE FOR ANY OF THESE ITEMS THAT MAY BE LOST OR DAMAGED. I FURTHER UNDERSTAND THAT STATE STATUTES PROHIBIT THE DAMAGING OF COUNTY PROPERTY AND IS PUNISHABLE BY STATE LAW.

Inmate                                    Witness

**WADE, DAVID**
B/M   10/22/1979
Pch

0378605

*20190405113*

Exhibit A



# FRANKLIN COUNTY SHERIFF'S OFFICE

## Sheriff Dallas Baldwin

MEMORANDUM

To: Deputy Nicholas Bates

From: Chief Deputy Michael Flynn

Date: October 25, 2019

Subject: Written Reprimand

COPY

This is to advise you that you are being issued a written reprimand as a result of violating the following rules and regulations:

- *102.9 Neglect or Inattention to Duty*
- *102.13 Care of Office Property*
- *102.29 Unbecoming Conduct*

On October 22, 2019, you and other deputies were in control of an inmate wearing a stun-belt. You left the courtroom to use the restroom and did not pass the stun-belt actuator to another deputy. While in the restroom you dropped the actuator in the toilet. After removing the actuator and attempting to dry it, the actuator activated causing the stun-belt to continuously cycle until the belt was cut off.

If such conduct continues, further disciplinary action will be taken which could result in your removal from service.

BY ORDER OF:

Chief Deputy Michael Flynn

ENTERED

☐ **Checked by Human Resources**

cc: Sheriff Baldwin
    Major Oyer
    Human Resources