UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID E. WADE,

      Plaintiff,

v.                                               Civil Action 2:21-cv-305
                                                   Judge Edmund A. Sargus, Jr.
                                                   Magistrate Judge Chelsey M. Vascura

FRANKLIN COUNTY, OHIO, *et al.*,

      Defendants.

## ORDER

This matter comes before the Court on the Motion of Defendants Franklin County, Franklin County Sheriff, and Deputy Nicholas Bates (the "County Defendants") for Leave of Court to Take Deposition of Plaintiff while Confined in Prison (ECF No. 172). For the reasons stated in the Motion, and for good cause shown, the Motion is **GRANTED**. The County Defendants are permitted to depose Plaintiff David E. Wade on a date, at a time, and in a manner acceptable to the Lorain Correctional Institution and in accordance with Federal Rule of Civil Procedure 30.

      **IT IS SO ORDERED.**

                                                  /s/ *Chelsey M. Vascura*
                                                  CHELSEY M. VASCURA
                                                  UNITED STATES MAGISTRATE JUDGE